**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT CRAWFORD,                               CASE NO.: 6:17-cv-01243-PGB-DCI

    Plaintiff,

vs.

AUDIT SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: August 2, 2017

                                          **BOSS LAW**

                                          */s/ Christopher W. Boss*
                                          **Christopher W. Boss, Esq.**
                                          Fla. Bar No.: 013183
                                          Service Email: cpservice@protectyourfuture.com
                                          9887 Fourth Street North, Suite 202
                                          St. Petersburg, Florida 33702
                                          Phone: (727) 471-0039
                                          Fax: (888) 503-2182
                                          *Counsel for Plaintiff*

*[Certificate of service on following page]*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 2, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

Audit Systems, Inc.
c/o William H. Horwitz
3696 Ulmerton Road
Suite 200
Clearwater, FL 33762

                                            */s/ Christopher W. Boss*_____
                                            Christopher W. Boss, Esq.
                                            Fla. Bar. No.: 13183