## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**ROBERT CRAWFORD,**

        **Plaintiff,**

**v.**                                              **Case No:  6:17-cv-1243-Orl-40DCI**

**AUDIT SYSTEMS, INC.,**

        **Defendant.**

_____

### ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 7) filed August 2, 2017, 2016.   The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).   *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).   The Clerk of Court is **DIRECTED** to terminate all pending motions and close the file.

    **DATED** in Orlando, Florida, this 3rd day of August 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party